IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JUNIOUS | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-1814 |
| COMMONWEALTH OF PENNSYLVANIA | : |

## ORDER

**AND NOW**, this 20th day of November 2015, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the detailed Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF Doc. No. 14) with citations to appropriate authority and fulsome analysis, it is **ORDERED**:

1. Judge Rice's Report and Recommendation (ECF Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. The Petition for writ of habeas corpus is **DISMISSED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and,

4. The Clerk of Court shall mark this case closed for statistical purposes.

KEARNEY, J.